FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-19-00807-CV

**IN THE INTEREST OF J.M.T., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to file a response to the motion for reconsideration en banc. We order the response due October 9, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court